IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02077-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JOHN DOES 4-5, 7, 10, 12, 15-16,

    Defendants

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2016.**

    Plaintiff's First Motion for Extension of Time to Serve Defendants [filed January 19, 2016; docket #21] is **granted**. Plaintiff shall serve the remaining Defendants on or before February 18, 2016.